UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

**UNITED STATES OF AMERICA**                                                             **PLAINTIFF**

vs.                                          **CRIMINAL ACTION NO.: 3:09CR-33-S**

**THOMAS MICHAEL YOUNG (2)**                                        **DEFENDANT**

## ACCEPTANCE OF PLEA OF GUILTY, ADJUDICATION OF GUILT, AND NOTICE OF SENTENCING

Pursuant to the Report and Recommendation of Magistrate Judge James D. Moyer, the plea of guilty by the Defendant as to Count 1 in the Superseding Indictment is hereby accepted, and the Defendant is adjudged guilty of such offense.

**Sentencing is hereby scheduled for Tuesday, November 22, 2011, at 3:30 p.m.**, in Louisville, Kentucky, before Charles R. Simpson, III, Judge, United States District Court.

Dated: September 26, 2011

                                                                 **Charles R. Simpson III, Judge**
                                                                  **United States District Court**

Copies to:
United States Attorney
United States Marshal
United States Probation
Counsel of Record